IN THE
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No. 10-1887  WMKC

UNITED STATES OF AMERICA,
Appellee,

v.

GORDON P. GRANT
Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

*ANDERS* BRIEF

RAYMOND C. CONRAD
Federal Public Defender
Western District of Missouri

LARRY C. PACE
Assistant Federal Public Defender
Western District of Missouri
818 Grand, Suite 300
Kansas City, Missouri 64106
(816) 471-8282
COUNSEL FOR APPELLANT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Appellee, | ) |
| vs. | ) No. 10-1887 WMKC |
| GORDON P. GRANT | ) |
| Appellant. | ) |

## MOTION TO PERMIT LARRY C. PACE
## TO WITHDRAW AS COUNSEL FOR APPELLANT
## PURSUANT TO *ANDERS V. CALIFORNIA*

COMES NOW, Larry C. Pace, Assistant Federal Public Defender, Western District of Missouri, in accordance with Rule 27(a), Fed. R. App. P., and moves this Court pursuant to *Anders v. California*, 386 U.S. 738 (1967), to permit Raymond C. Conrad, Jr., Federal Public Defender, Western District of Missouri and his assistants to withdraw as counsel for Appellant, Gordon P. Grant.

2

# TABLE OF CONTENTS

MOTION TO WITHDRAW. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

TABLE OF CONTENTS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

TABLE OF AUTHORITIES. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

SUGGESTIONS IN SUPPORT OF MOTION TO WITHDRAW. . . . . . . . . . . . . 5

PRELIMINARY STATEMENT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

STATEMENT OF THE CASE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    A.    Procedural Background. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    B.    Factual Background. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

SUMMARY OF THE ARGUMENT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

APPELLANT'S ISSUES.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

CERTIFICATE OF COMPLIANCE.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

CERTIFICATE OF SERVICE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

ADDENDUM. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

# TABLE OF AUTHORITIES

## Cases

*Anders v. California*, 386 U.S. 738 (1967). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 6, 11

*United States v. Booker*, 125 S. Ct. 738 (2005). . . . . . . . . . . . . . . . . . . . . . . . . . . 10

*United States v. Woodrum*, 959 F.2d 100 (8th Cir. 1992). . . . . . . . . . . . . . . . . . . 6

## Rules

Fed.R.App.P. 27(a). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

## Statutes

18 U.S.C. § 2251(d)(1). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

18 U.S.C. § 3742. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

18 U.S.C. § 3742(a). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

# SUGGESTIONS IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR APPELLANT

1) Appellant was sentenced to 360 months of custody and 20 years of supervised release following convictions for publishing, attempted distribution, receipt and possession of child pornography. He was charged in 8 counts which included enticement of a child to engage in sexually explicit conduct. He pled guilty to 4 counts that did not include the enticement counts. The written plea agreement avoided a statutory penalty of not less than 30 years and a guideline range of life imprisonment. He accepted responsibility for his conduct and the pre-sentence investigation report recommended a sentencing guideline range of 324-405 months. Although the plea agreement contained an appeal waiver, Appellant requested that an appeal be filed and a timely Notice of Appeal was filed on April 15, 2010.

2) Appellant is appealing because he believes that 360 months in custody is too much time to impose for these convictions when he has no criminal history points and a criminal history category of I.

3) Appellate jurisdiction in this case is defined by 18 U.S.C. § 3742(a) which provides a Appellant may appeal a sentence if it was imposed in violation of law, if it was imposed as a result of an incorrect application of the guidelines, if it exceeded the applicable guideline range, or, if it was imposed for an offense for

Appellate Case: 10-1887     Page: 5     Date Filed: 05/20/2010 Entry ID: 3666773

which there is no guideline range and it was plainly unreasonable. In the instant case, Appellant's sentence was imposed within the applicable guideline range. Furthermore, there is nothing in the record to indicate the sentence was imposed in violation of law, nor was the sentence imposed as the result of an incorrect application of the guidelines. As a result, the Court has no jurisdiction to entertain this appeal. *United States v. Woodrum*, 959 F.2d 100, 101 (8th Cir. 1992).

4) Counsel has conscientiously reviewed the facts of this case relative to the issues which Appellant wishes to raise to this Court and has reached a professional judgment that there is no jurisdictional basis for this appeal.

5) In accordance with the procedures set forth in *Anders v. California*, 386 U.S. 738 (1967), the undersigned has prepared a preliminary statement, procedural history and statement of the case so that this Court may make its own independent review of the record of the proceedings in the United States District Court for the Western District of Missouri.

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 10-1887  WMKC

UNITED STATES OF AMERICA,
Appellee,

v.

GORDON P. GRANT
Appellant.

## APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

## **PRELIMINARY STATEMENT**

The Honorable Scott O. Wright, United States District Court Judge, Western District of Missouri, presided at the guilty plea and sentencing hearing of Appellant.

Jurisdiction in the United States District Court for the Western District of Missouri was invoked pursuant to 18 U.S.C. § 2251(d)(1).

7

An Appellant may appeal a sentence pursuant to 18 U.S.C. § 3742. Counsel's professional opinion is that 18 U.S.C. § 3742 provides this Court with no jurisdictional basis for appeal.

**STATEMENT OF THE CASE**

**A. Procedural Background**

On February 4, 2009, a federal grand jury sitting in the Western District of Missouri returned an 8 count indictment against the Appellant. He was charged with publishing, attempted distribution, receipt and possession of child pornography, along with inducing and enticing a child to engage in sexually explicit conduct. (Doc. 1) Appellant was arrested on the federal charges on February 19, 2009 and the Federal Public Defender was appointed to represent him. (Doc. 8) On September 15, 2009, Appellant entered a guilty plea to 4 counts of the indictment. The written plea agreement included dismissal of the enticement and inducement counts which removed a mandatory sentencing range of 30 years to life in prison. (Doc 27) A pre-sentence investigation report was ordered and the report included a sentencing guideline recommendation of 324-405 months. (Sent. Tr. 17) On April 7, 2010, the Court held a sentencing hearing and then sentenced Appellant to 360 months of custody on count 1, 240 months of custody on counts 2 and 3 and 120 months of

8

custody on count 4, all to run concurrently and to be followed by a 20 year term of supervised release. (Doc. 33)

Appellant then requested that a Notice of Appeal be filed on his behalf and a timely Notice of Appeal was filed on April 15, 2010. (Doc. 32)

### B. Factual Background

An investigation was initiated in December, 2007 that involved sexual molestation of two minor girls that were related to the Appellant. Both girls described a pattern of conduct that included sexual acts in exchange for money or gifts. (PSI 7-9) A search warrant was obtained and Appellant's computer was seized. It was later found to contain large amounts of child pornography. Appellant admitted that he had child pornography but denied the sexual contact with the minors. He was charged with several counts of possessing and distributing child pornography as well as 2 counts of inducing and enticing the children to engage in sexual conduct. (Doc 1) Upon conviction, Appellant was facing a minimum sentence of 30 years and a maximum of life in prison. A written plea agreement was entered into by the parties wherein Appellant would plead guilty to 4 counts and that the other 4 counts, including the 30 year minimum count were dismissed. The plea agreement also contained an appeal waiver. (Doc 27)

Appellant appeared before the Court and pled guilty pursuant to the written plea agreement and accepted responsibility for his conduct. Following receipt of a pre-sentence investigation report, the Court sentenced him to 360 months of custody and a 20 year term of supervised release, all of which were within the guideline range. (Doc 34)

## SUMMARY OF THE ARGUMENT

The Court erred in imposing a sentence of 360 months in custody as 360 months was an unreasonable sentence to impose for these child pornography convictions when he has no criminal history points and a criminal history category of I.

## APPELLANT'S ISSUES

The Appellant believes that the Court erred in sentencing him to 360 months in custody as 360 months is unreasonable for a conviction when he has no criminal history points and a criminal history category of I. The proper standard of review for a sentencing decision is a review for unreasonableness. *United States v. Booker*, 125 S. Ct. 738 (2005).

Appellate Case: 10-1887    Page: 10    Date Filed: 05/20/2010 Entry ID: 3666773

WHEREFORE, the undersigned respectfully requests this Court, pursuant to *Anders v. California*, 366 U.S. 738 (1967), to permit Raymond C. Conrad, Jr., and his assistants to withdraw as counsel for Appellant.

        Respectfully submitted,

        LARRY C. PACE
        Asst. Federal Public Defender
        818 Grand, Suite 300
        Kansas City, MO 64106
        (816) 471-8282

11

Appellate Case: 10-1887    Page: 11    Date Filed: 05/20/2010 Entry ID: 3666773

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing brief complies with the page limitations (no more than 1,300 lines of monospaced type) as set forth in Fed. R. App. P. 32(a)(7)(C) and contains 1,581 words. I further certify that WordPerfect X3 for Windows, Times New Roman Font Face in Font size 14 was used to prepare this brief, and that the enclosed diskette has been scanned and is virus-free in compliance with Eighth Circuit Rule 28A(c).

LARRY C. PACE

## CERTIFICATE OF SERVICE

In accordance with Rule 49(a), (b) and (d), Fed. R. Crim. P., and Rule 5(b), Fed. R. Civ. P., it is hereby CERTIFIED that two copies of the foregoing were mailed to Beth Phillips, United States Attorney, 400 E. 9th Street, Fifth Floor, Kansas City, Missouri 64106, and one copy to Gordon P. Grant #21382-045, CCA, 100 E. Highway Terrace, Leavenworth, Kansas 66048, on this 18th day of May, 2010.

LARRY C. PACE

Appellate Case: 10-1887     Page: 12     Date Filed: 05/20/2010 Entry ID: 3666773

**ADDENDUM**

Judgment and Commitment